**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA,

    v.

RANDY HAWKINS,

    Defendant.

CASE NO.: 5:17-cr-12

**O R D E R**

On February 12, 2018, counsel for Defendant filed a Notice to Counsel Response. (Doc. 409.) In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant Randy Hawkins have been resolved.

Accordingly, the Court **DISMISSES AS MOOT** all motions, (docs. 305-315), as to Defendant Randy Hawkins. Additionally, the Motions Hearing currently scheduled for February 22, 2018, is hereby **CANCELLED** as to Defendant Randy Hawkins only.

**SO ORDERED**, this 13th day of February, 2018.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA